1  Floyd W. Bybee, #012651
   **BYBEE LAW CENTER, PLC**
2  2473 S.  Higley Road
   Suite 104-308
3  Gilbert, AZ 85295-3023
   Office:  (480) 756-8822
4  Fax: (480) 302-4186
   floyd@bybeelaw.com
5
   Attorney for Plaintiff
6

7              **UNITED STATES DISTRICT COURT**

8                  **DISTRICT OF ARIZONA**

9  ┌─────────────────────────────┐
                                 )
10 │ Leann Harris,               )   **No.  CV 2011-0726-PHX-FJM**
                                 )
11 │                             )
                                 )
12 │     Plaintiff,              )
                                 )
13 │ v.                          )   **NOTICE OF DISMISSAL**
                                 )   **WITH PREJUDICE**
14 │ Nelson, Watson, &           )
   │ Associates, LLC,            )
15 │                             )
                                 )
16 │     Defendant.              )
                                 )
17 └─────────────────────────────┘

18      Plaintiff hereby gives notice of dismissal of this

19 action with prejudice, each party to bear its own fees

20 and costs.

21 /  /  /

22 /  /  /

23

24

25

DATED    May 18, 2011    .


                   s/ Floyd W. Bybee   
                 Floyd W. Bybee, #012651
                 **BYBEE LAW CENTER, PLC**
                 2473 S.  Higley Road
                 Suite 104-308
                 Gilbert, AZ 85295-3023
                 Office: (480) 756-8822
                 Fax: (480) 302-4186
                 floyd@bybeelaw.com

                 Attorney for Plaintiff


Copy of the foregoing emailed/mailed
  May 18, 2011   to:

Jennifer Kirby
SURDYK DOWD & TURNER CO., LPA
1 Prestige Place, Ste. 700
Miamisburg, OH 45342-6148
Attorneys for Defendant


by   s/ Floyd W. Bybee   

- 2 -